IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSHUA CUMMINGS**                                        **PLAINTIFF**
**ADC #172826**

V.                  Case No. 4:24-CV-00506-JM-BBM

**ARKANSAS DEPARTMENT
OF CORRECTIONS, Cummins Unit;
GARY MUSSELWHITE, Warden,
DHO, Cummins Unit; ROBERT PIERCE,
Deputy, Assistant Warden, Cummins Unit;
LEWIS YOUNG, Warden of Operations,
Treatment Coor., Cummins Unit; and
JIMMY COLEMAN, Building Major/Chief
of Security, Cummins Unit**                            **DEFENDANTS**

**ORDER**

The Court has received a Recommendation for dismissal from Magistrate Judge Benecia B. Moore. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Plaintiff Joshua Cummings's Amended Complaint is DISMISSED without prejudice for failing to state a claim upon which relief may be granted. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that any *in forma pauperis* appeal would not be taken in good faith. Dismissal is recommended as a "STRIKE," pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 14th day of November, 2025.

_____
UNITED STATES DISTRICT JUDGE