IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSHUA CUMMINGS                                                                                  PLAINTIFF
ADC #172826

V.                                        Case No. 4:24-CV-00506-JM-BBM

ARKANSAS DEPARTMENT
OF CORRECTIONS, Cummins Unit;
GARY MUSSELWHITE, Warden,
DHO, Cummins Unit; ROBERT PIERCE,
Deputy, Assistant Warden, Cummins Unit;
LEWIS YOUNG, Warden of Operations,
Treatment Coor., Cummins Unit; and
JIMMY COLEMAN, Building Major/Chief
of Security, Cummins Unit                                                                       DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 14th day of November, 2025.

_____
UNITED STATES DISTRICT JUDGE